CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 18 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | |
|---|---|
| BEULAH P. MILLER<br><br>*Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION No. 4:03CV00087<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

On October 12, 2005, the Petitioner Beulah P. Miller moved for attorneys fees under the Social Security Act. The defendant did not object and Magistrate Judge B. Waugh Crigler filed his report on October 25, 2005, recommending that this Court grant attorneys fees to the petitioner.

There being no objections to Magistrate Judge Crigler's report and finding good cause to do so, the Court hereby ADOPTS Magistrate Judge Crigler's report recommending that attorney's fees be granted.

It is therefore ORDERED that plaintiff's counsel, J. Gorman Rosenberger, Esq., shall be awarded the sum of Two Thousand Eight Hundred and Fifty Dollars ($2,850.00) in fees under the Social Security Act.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: /s/ Norman K. Moon
U.S. District Court Judge

DATE: 1/18/06